# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| PETER MRINA,                    ) | |
|     Petitioner,           ) | |
|                                 ) | |
| v.                              ) | No. 3:18-CV-3415-L (BH) |
|                                 ) | |
| TUCKER ICE PROPERTY MANAGER,    ) | |
| IMMIGRATION AND CUSTOMS         ) | |
|     ENFORCEMENT (ICE)      ) | |
|     Respondents.           ) | |

## ORDER

By *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On March 18, 2019, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to pay the $5.00 filing fee as ordered. (*See* doc. 21.) On March 27, 2019, the filing fee was paid. Because the petitioner has now complied with the order to pay the filing fee, and the findings, conclusions, and recommendation for dismissal have not yet been accepted, they are hereby **VACATED**.

**SIGNED this 28th day of March, 2019.**

 

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE